**ORIGINAL**



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 2 8 2003

LUTHER D. _____, Clerk
By: J. _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STANLEY L. TRUELOVE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUST-OLEUM CORPORATION and )<br>RUST-OLEUM SALES COMPANY, )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:03-CV-2431-JEC |

## PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT

Comes Now Plaintiff, Stanley L. Truelove, and pursuant to F.R.Civ.P. 15(a), amends his Complaint filed on August 14, 2003, as follows:

1. By changing the words reading "Rust-Oleum Sales Company" in the style of the case to read "Rust-Oleum Sales Company, Inc."

2. By changing Paragraph twenty-nine (29) to read "After Plaintiff asserted his age discrimination complaint to the Defendants, the sum of seven thousand five hundred dollars ($7,500.00) minus applicable deductions, bringing the total deposit amount to five thousand eight hundred twenty-eight dollars and seventy-seven cents ($5,828.77), was directly deposited into Plaintiff's bank account in Gainesville,



Georgia, on July 26, 2002.

3. By changing Paragraph thirty-seven (37) of the Complaint to read "Defendants retaliated against Plaintiff in violation of 29 U.S.C. §623 for Plaintiff's opposition to Defendants' unlawful employment practices described herein and for Plaintiff's participation in making a charge and/or complaint against Defendants for age discrimination."

This 28th day of August, 2003.

                          **ORR & ORR**

                          */s/ Kristine E. Orr*
                          KRISTINE E. ORR
                          STATE BAR NO. 554630

                          **ATTORNEYS FOR PLAINTIFF**